IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   NOVEMBER 8, 2023   \*
BROOKLYN OFFICE

KTF:KRA
F. #2023R00631

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GORJE PATRICIO PALAGUACHI
MAYANSELA,
    also known as
    "Jorge Patricio Palaguachi
    Mayansela,"
    "Eric Nunez" and
    "Patricio Mayansela,"

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-457
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

Judge Rachel P. Kovner
Magistrate Judge Peggy Kuo

THE GRAND JURY CHARGES:

## ILLEGAL REENTRY

On or about April 8, 2023, within the Eastern District of New York and elsewhere, the defendant GORJE PATRICIO PALAGUACHI MAYANSELA, also known as "Jorge Patricio Palaguachi Mayansela," "Eric Nunez" and "Patricio Mayansela," an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States without the Attorney

General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

/s/
_____
FOREPERSON

By J. MATTHEW HAGGANS,
ACT. U.S. ATT

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00631

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

GORJE PATRICIO PALAGUACHI MAYANSELA,
also known as "Jorge Patricio Palaguachi Mayansela," "Eric Nunez"
and "Patricio Mayansela,"

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20*\_\_\_\_\_

_____

*Clerk*

*Bail, $* _____

_____

*Kamil R. Ammari, Assistant U.S. Attorney (718) 254-6075*